UNITED STATES DISTRICT COURT   **CLOSED**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EARL TURAN ARNOLD, et al : | |
| (Plaintiff(s)) : | |
| : | Civil 03-3997 (WHW) |
| v. : | |
| : | ORDER DISMISSING CASE |
| : | pursuant to L. Civ. R. 41.1 |
| STATE OF NEW JERSEY : | |
| DEPARTMENT OF LAW AND PUBLIC : | |
| SAFETY, DIVISION OF STATE : | |
| POLICA : | |
| (Defendant(s)) : | |

It appearing to the Court that the above case has been pending for more than four months without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

It is on this 30th day of September, 2009,

O R D E R E D  that the above case be and the same hereby is dismissed in accordance with L. Civ. R. 41.1 without prejudice and without cost to either party.

S/William H. Walls
WILLIAM H. WALLS, U.S.S.D.J.